1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  JEFFERY LEMONT JACKSON,          Case No. CV 13-340 AG(JC)
12                  Petitioner,      ORDER ACCEPTING FINDINGS,
                                     CONCLUSIONS, AND
13        v.                         RECOMMENDATIONS OF
                                     UNITED STATES MAGISTRATE
14  D. LONG, Warden,                 JUDGE
15
16                  Respondent.
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19  Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein,
20  and the attached Report and Recommendation of United States Magistrate Judge
21  ("Report and Recommendation").  The Court approves and accepts the Report and
22  Recommendation.
23        IT IS ORDERED that Judgment be entered denying the Petition and
24  dismissing this action with prejudice.
25  ///
26  ///
27  ///
28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and counsel

3  for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: September 30, 2015                

7

8  _____

9  HONORABLE ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28